UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORENZO OLIVER, | Civil Action No. 14-1334 (MCA) |
| Petitioner, | |
| v. | MEMORANDUM AND ORDER |
| ANGEL L. SANTIAGO, et al., | |
| Respondents. | |

This matter having been opened by *pro se* Petitioner Lorenzo Oliver's motion for an extension of time in which to file his reply to the State's answer. His motion for an extension of time was docketed on January 8, 2016. (ECF No. 15.) Shortly after that motion was filed, however, Petitioner submitted what appears to be his reply brief and accompanying appendix, which were docketed on January 29, 2016. (ECF No. 16.) It is not clear, therefore, whether Petitioner's submission constitutes his complete reply or whether he is still seeking an extension of time within which to file his reply.

**THEREFORE**, it is on this day of ___, 2016;

**ORDERED** that, Plaintiff's motion for an extension of time within which to file his reply is GRANTED; to the extent Petitioner's January 29, 2016 submission constitutes his complete reply, no further action is required; to the extent Petitioner still seeks additional time within which to file his reply, he may submit an all-inclusive reply within 45 days of his receipt of this Order; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Memorandum and Order upon Petitioner by regular U.S. mail.

1

_____
Madeline Cox Arleo, District Judge
United States District Court